## HUGHES DRILLING FLUIDS, INC., a DIVISION OF HUGHES TOOL

v.

### Donald R. EUBANKS et al.

### No. C–6373.

Supreme Court of Texas.

July 15, 1987.

Joint motion of parties filed herein on July 1, 1987 in the above numbered and entitled cause having been duly considered, it is ordered that the joint motion be, and hereby is, granted.

It is ordered that the parties' applications for writ of error are granted; the judgments of the courts below are set aside and the cause is remanded to the trial court for consideration of the parties' settlement agreement.

### Shelly MATTHEWS, a Minor, by Her Next Friend, Rhonda Dee MATTHEWS et al.

v.

### The TWELFTH COURT OF APPEALS.

### No. C–6402.

Supreme Court of Texas.

Sept. 16, 1987.

Relator's motion for rehearing for leave to file petition for writ of mandamus is granted. The order of this court of May 20, 1987 denying leave to file is withdrawn. The judgment and opinion of the court of appeals for the Twelfth Supreme Judicial District, 733 S.W.2d 563, are ordered set aside and that court's order of mandamus to the Hon. Alvin G. Khoury is vacated. The underlying cause having been settled, peti-

tion for Writ of Mandamus in this court is dismissed as moot.

### Ex parte Don RYMER.

### No. C–6589.

Supreme Court of Texas.

Sept. 16, 1987.

Order of this court of July 3, 1987 granting the petition for habeas corpus is withdrawn; the petition for habeas corpus is denied and petitioner is remanded to the Sheriff of Harris County. (Motion for leave to file petition for writ of mandamus overruled.)